UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENEE VIVEROS, et al., | CASE NO. C23-0925JLR |
| Plaintiffs, | ORDER |
| v. | |
| AUDIBLE, INC., | |
| Defendant. | |

On October 20, 2023, the court granted Defendant Audible, Inc.'s ("Audible") motion to dismiss Plaintiffs Renee Viveros and Christine Bias's (collectively, "Plaintiffs") putative class action complaint. (10/20/23 Order (Dkt. # 27); *see* Compl. (Dkt. # 1-2).)  The court dismissed all of Plaintiffs' claims but granted leave to amend certain claims. (10/20/23 Order at 27-28.)  The court warned Plaintiffs that failure to timely file an amended complaint by November 10, 2023 would "result in the dismissal of their entire complaint with prejudice." (*Id.* at 28.)  Plaintiffs have not filed an amended complaint. (*See generally* Dkt.)

ORDER - 1

1    Accordingly, the court DISMISSES all of Plaintiffs' claims with prejudice and
2 enters judgment in Audible's favor.
3    Dated this 6th day of December, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 2