# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| RENEE VIVEROS et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>AUDIBLE, INC.,<br><br>　　　　　　　　　Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C23-0925JLR |

___　**Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_　**Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

This matter is DISMISSED with prejudice. (*See* 10/20/23 Order (Dkt. # 27); 12/6/23 Order (Dkt. # 28).)

Filed this 6th day of December, 2023.

　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　s/ Ashleigh Drecktrah
　　　　　　　　　　　　　　　　Deputy Clerk